**Order entered June 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00573-CV

---

**NORDSTROM INC., THOMAS ZAROBAN, JR., AND LAUREN GALE, Appellants**

**V.**

**GOLPAR SIAMAK, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PARNAZ M. CHEKINI, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00690-D**

---

## ORDER

This is an accelerated appeal. The record has been filed and appellants' opening brief is due no later than June 18, 2019. Before the Court is appellants' June 11, 2019 unopposed motion for a sixty-day extension of time to file their brief. Appellants seek the extension, in part, because the parties have agreed to participate in mediation on June 27, 2019.

We **GRANT** the motion to the extent we **ORDER** appellants to file either a status report or motion to dismiss the appeal no later than July 8, 2019.

/s/    KEN MOLBERG
          JUSTICE